# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** February 23, 2023

**CASE OF:** IN RE: AMENDMENTS TO FLORIDA PROBATE RULES 5.040, 5.330, and 5.930

**DOCKET NO.:** SC22-1137

**OPINION FILED:** February 2, 2023

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 8, line 4, "RULE 5.930" is now "RULE 5.930."

On page 8, line 8, the double underline was changed to single underline in the space between "I," and "(affiant)" in the oath.

**SIGNED: OPINION CLERK**